UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:  CASE NUMBER: 19-01783-5-SWH
**MICHAEL COLLINS**
**VICKI COLLINS**
**134 AIRLEIGH PL**
**RICHLANDS, NC  28574**

**DEBTORS**  CHAPTER 13

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the Chapter 13 Plan in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

MICHAEL COLLINS
VICKI COLLINS
134 AIRLEIGH PL
RICHLANDS, NC  28574

Joseph Bledsoe, III
Chapter 13 Trustee
**Served via CM/ECF**

[ X] and on the parties in interest at the addresses shown on the attached matrix (if box checked)

This the 19th day of April, 2019

The Law Offices of Chris Vonderau, PLLC
/s/ Chris Vonderau
Chris Vonderau
NC State Bar No. 25019
4022 Shipyard Blvd.
Wilmington, NC  28403
Phone 910-202-3110
Attorney for Debtors